March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Devon Smith          ,

              Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 563 (JPO) (SDA)

Defendant __Devon Smith__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

/s/ Devon Smith by SDA
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Devon Smith**
Print Defendant's Name

Valerie A. Gotlib
Digitally signed by Valerie A. Gotlib
Date: 2020.11.04 15:14:56 -05'00'
Defense Counsel's Signature

**Valerie A. Gotlib**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

11/6/2020
Date

/s/ Stuart D. Aaron
U.S. Magistrate Judge