**GOTLIB LAW**

> Granted.
> Defendant's bail conditions are hereby modified as stated herein.
> So ordered:  7/27/2021

_____
J. PAUL OETKEN
United States District Judge

July 26, 2021

*Via* **ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Akbar, et al.*, 20 Cr. 563 (JPO)

Dear Judge Oetken:

I represent Devon Smith in the above-captioned matter. I write, with the consent of the government, to respectfully request the Court so order a modification to the bail conditions for Mr. Smith.

As background, on or about October 28, 2020, Mr. Smith was arrested in the Western District of New York in connection with the above-captioned case. On or about October 29, 2020, Mr. Smith was presented before Magistrate Judge Mark W. Pedersen in the Western District of New York and was ordered released upon several conditions. On or about November 6, 2020, Mr. Smith was presented before Magistrate Judge Stewart D. Aaron in the Southern District of New York. Judge Aaron approved a bail package proposed by the parties, which included several conditions, including that Mr. Smith secure one financially responsible person – in addition to one person with moral suasion – to serve as the co-signer for his appearance bond. On April 9, 2021, Your Honor granted the government's motion, made with the consent of the defense, to modify the conditions of Mr. Smith's release by removing the condition that a financially responsible person serve as a co-signer for the bond and imposing home detention with location monitoring as a condition of the bond.

The defense believes that the requirement of home detention with location monitoring is no longer necessary and seeks to have that condition removed and replaced with the condition that a financially responsible person serve as a co-signer for the bond. The government consents to this modification. A representative of the U.S. Attorney's Office interviewed, and approved, a financially responsible person willing to act as a co-signer for the bond.

Accordingly, I respectfully request, with the government's consent, that the Court so order the modification described above. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

cc:   all counsel of record (*via* ECF)